Louis Berman and Another, Landlords, Appellants, *v.* Louis Seeger and Another, Tenants, and Seeger Realty Company, Assignee, and Morris Wolkenberg, Mortgagee, Assignee, and Thomas Manenti and Others, Undertenants, Respondents.

Supreme Court, Appellate Term, First Department, April 5, 1929.

*Panken & Levy* [*Matthew M. Levy* of counsel; *Bernard Sternlight* on the brief], for the appellants.

*Propper & Lichtig* [*Karl Propper* of counsel], for the respondents.

PER CURIAM. The subtenants having failed to pay the rent for the non-payment of which the principal tenant was dispossessed, the lease of the subtenants falls with that of the principal lease.

Order reversed, with thirty dollars costs, and final order dispossessing the said undertenants as prayed for in the petition of the landlords is granted.

All concur; present, BIJUR, LYDON and FRANKENTHALER, JJ.